United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NICOLE SMITH,

    Plaintiff,

v.

THE STATE OF CALIFORNIA DEPARTMENT OF HIGHWAY PATROL,

    Defendant.
                                      /

No. C 13-01341 WHA

**ORDER ADVANCING CASE MANAGEMENT CONFERENCE**

    Due to counsel's family vacation, the Court **ADVANCES** the case management conference to June 6, 2013, at 8:00 a.m., immediately following hearing on defendant's motion to dismiss. Please file a joint case management statement at least seven days prior.

    **IT IS SO ORDERED.**

Dated: May 23, 2013.

                                  WILLIAM ALSUP
                                  UNITED STATES DISTRICT JUDGE