IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NICOLE SMITH,

    Plaintiff,

v.

THE STATE OF CALIFORNIA DEPARTMENT OF HIGHWAY PATROL,

    Defendant.

 /

No. C 13-01341 WHA

**ORDER ADVANCING CASE MANAGEMENT CONFERENCE**

Due to counsel's family vacation, the Court **ADVANCES** the case management conference to June 6, 2013, at 8:00 a.m., immediately following hearing on defendant's motion to dismiss. Please file a joint case management statement at least seven days prior.

**IT IS SO ORDERED.**

Dated: May 23, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE