United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NICOLE SUMMER SMITH,

        Plaintiff,

    v.

THE STATE OF CALIFORNIA
DEPARTMENT OF HIGHWAY PATROL,

        Defendant.

Case No.  13-cv-01341-JD   (EDL)

**ORDER ON REQUESTS FOR
TELEPHONIC APPEARANCE AT
SETTLEMENT CONFERENCE**

This Court is in receipt of unopposed requests to allow Plaintiff Nicole Smith and Defendant's legal counsel Jolie Poper to appear at the March 12, 2015, settlement conference by telephone.  The Parties' requests are GRANTED.

**IT IS SO ORDERED.**

Dated: March 6, 2015

_____
Elizabeth D. Laporte
United States Magistrate Judge