UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLE SUMMER SMITH,<br><br>  Plaintiff,<br><br>  v.<br><br>THE STATE OF CALIFORNIA DEPARTMENT OF HIGHWAY PATROL,<br><br>  Defendant. | Case No. 13-cv-01341-JD<br><br>**PRETRIAL CONFERENCE ORDER** |

As discussed at the pretrial conference on March 11, 2015, a jury trial of this matter is set for March 23, 2015, and will be conducted under these procedures:

1. **Time limits.** Each side will have 8 hours to present their case, exclusive of opening statements and closing arguments. The 8 hours includes all witness examination time, whether direct or cross, and whether the witness is live or presented by recording. The parties will strictly conform to the timekeeping procedures stated in the Court's standing order on civil trials. Each side may use up to 30 minutes for opening statements, and up to 1 hour for closing arguments. Trial will be held from 8:30 a.m. to 2:00 p.m. each trial day, with two 15 minute breaks. The first day of trial will begin at 9:00 a.m. and may go longer to accommodate openings. Trial will not be held on Wednesday. The Court has blocked out March 23rd, 24th, 26th and 27th for this trial. On the afternoon of March 23rd, 2015, the parties should be prepared to give opening statements and plaintiff should be prepared to call her first witness.

2. **Jury selection.** The Court uses the "strike and replace" method for jury selection, as described at the pretrial conference. The Court will conduct the voir dire using its own questions and questions proposed by the parties. Each side will have three

peremptory challenges in total.  Any prospective juror not excused after the initial voir dire will be deemed a member of the jury and may not be subsequently challenged by peremptory or otherwise.  The voir dire process will repeat with any replacements until eight jurors are seated.  The final voir dire questions have been posted.

3. **Jury notebooks.**  The parties will prepare jury notebooks and lodge 12 copies -- eight for the jurors and four for the Court -- by **March 20, 2015**.  The notebooks should be in the form of binders that have a plastic cover with a caption page, and must include these materials:

    a. Lists of witnesses, attorneys, and trial dates and times.
    b. A tab for witness photos.  The parties will take a photo of each witness outside the courtroom immediately before the witness testifies and shall provide the Courtroom Deputy with 12 three-hole punched letter-sized copies of each photo.  The Courtroom Deputy will distribute the photos.  The witness must appear the same in the photo as he or she will appear on the witness stand (e.g., same clothing, hairstyle, eyewear).
    c. A tab for 25 pages of blank lined paper for notes.

    The parties are free to suggest to the Court other materials for inclusion in the binders.

4. **Witnesses excluded from Court.**  No fact witness may be in court to view the proceedings until the Court rules that the witness's testimony is complete.  The sole exception is that each party may have one party representative present at counsel's table throughout the trial.

5. **Objections.**  Immediately after the daily witness designations under the Court's standing order on civil trials, the parties must meet and confer to resolve any objections to the witness, exhibits, and demonstratives.  If the parties for some reason cannot work out the issues, they may file a *joint* objection and response by 8 a.m. the day before the witness is to testify or the exhibit or demonstrative is to be

2

used. The objections and responses are limited to 3 pages each, and the joint submission may not exceed 6 pages. The parties are limited to one joint submission per day, and the Court does not expect to see a submission each and every trial day. No declarations or other materials outside the joint submission are permitted other than a copy of the disputed exhibit. The parties should resolve any issues about opening statement demonstratives before March 19, 2015.

6. **Jury instructions.** The Court will post a revised set of the parties' joint proposed instructions. The Court will provide the parties an opportunity to object.

7. **Verdict form.** The Court will issue a verdict form after the jury instructions have been finalized.

**IT IS SO ORDERED.**

Dated: March 12, 2015

_____
JAMES DONATO
United States District Judge