UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NICOLE SUMMER SMITH,

    Plaintiff.

v.

THE STATE OF CALIFORNIA DEPARTMENT OF HIGHWAY PATROL,

    Defendant.

Case No. 13-cv-01341-JD

**AMENDED PRETRIAL ORDER**

The Court amends paragraph 1 of the pretrial order (dkt. no. 109) to set trial for Monday, Wednesday, Thursday and Friday. Tuesday will now be dark and counsel should plan their witnesses accordingly.

**IT IS SO ORDERED.**

Dated: March 16, 2015

_____
JAMES DONATO
United States District Judge