UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLE SUMMER SMITH,<br><br>    Plaintiff,<br><br>    v.<br><br>THE STATE OF CALIFORNIA DEPARTMENT OF HIGHWAY PATROL,<br><br>    Defendant. | Case No. 13-cv-01341-JD<br><br>**SPECIAL VERDICT FORM** |

The Court will provide the jury with this special verdict form.

**IT IS SO ORDERED.**

Dated: March 26, 2015

_____
JAMES DONATO
United States District Judge

# SPECIAL VERDICT FORM

Your answers must be unanimous.

### Question No. 1: Retaliation under Title VII

Did Ms. Smith prove under Title VII that it is more likely than not that the California Highway Patrol retaliated against her for making a complaint of sexual harassment?

   Yes _____ (for Ms. Smith)    No _____ (for the CHP)

### Question No. 2: Retaliation under California FEHA

Did Ms. Smith prove under the California FEHA that it is more likely than not that the California Highway Patrol retaliated against her for making a complaint of sexual harassment?

   Yes _____ (for Ms. Smith)    No _____ (for the CHP)

If your answer to both of the above questions is "No," please skip Questions 3 and 4, and review and sign the Verdict Form.  If your answer to one or both of the questions is "Yes," please answer Questions 3 and 4.

### Damages

### Question No. 3: Economic Damages for FEHA Only

What amount of economic damages did Ms. Smith prove?

   $ _____

### Question No. 4: Noneconomic Damages

What amount of noneconomic damages, such as mental and emotional pain and suffering, did Ms. Smith prove?

   $ _____


Signed: _____  Date: _____
   FOREPERSON

2